**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW E. ORSO,<br><br>　　　Plaintiff<br><br>v.<br><br>TODD DISNER and YU YUN GUO,<br><br>　　　Defendants | Case No.: 2:24-cv-01269-APG-EJY<br><br>**Order to Show Cause Why This Case Should Not Be Dismissed or Administratively Closed** |

　　　This case was initiated in 2021 when plaintiff Matthew Orso registered a foreign judgment. ECF No. 1.  Orso obtained a writ of execution in 2021. ECF No. 3.  Nothing happened thereafter until July 2024, when Nationwide Judgment Recovery, Inc. moved to substitute itself as the plaintiff in this case. ECF No. 4.  That was denied because the motion referred to and relied on exhibits that were not attached to the motion. ECF No. 6.  Nationwide has taken no action to correct the identified deficiency, nor has it or Orso taken any other action in this case since then.  This case has been pending for three years with little to no activity.

　　　I THEREFORE ORDER that by September 27, 2024, Nationwide Judgment Recovery, Inc. or Matthew Orso shall show cause why this case should not be administratively closed or dismissed for failure to prosecute.  Failure to respond to this order by that date will result in this case being dismissed without prejudice.

　　　DATED this 23rd day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE