UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW E. ORSO, | Case No.: 2:24-cv-01269-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| TODD DISNER and YU YUN GUO, | |
| Defendants | |

    I previously ordered Nationwide Judgment Recovery, Inc. or plaintiff Matthew Orso to show cause why this case should not be administratively closed or dismissed for failure to prosecute. ECF No. 7.  I advised Nationwide and Orso that failure to respond to that order by September 27, 2024 will result in this case being dismissed without prejudice. *Id.*  Neither Orso nor Nationwide responded.

    I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

    DATED this 2nd day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE